1
2
3          UNITED STATES DISTRICT COURT

4       FOR THE NORTHERN DISTRICT OF CALIFORNIA

5               OAKLAND DIVISION

6
7   SANDOVAL,                              Case No:  18-cv-07668 SBA

              Plaintiff,                   **ORDER VACATING DATES**
8
9          vs.

10  BNSF RAILWAY COMPANY, et al.,

11           Defendants.

12          Settlement discussions are ongoing, and a further settlement conference is set for

13  July 6, 2021.  See Dkt. 99.  To allow the parties to focus their time and resources on those

14  settlement discussions, IT IS HEREBY ORDERED THAT the remaining pretrial

15  preparation, pretrial conference, and trial dates set forth in the amended scheduling order

16  (Dkt. 76) are VACATED.  The Court will reset these dates, as necessary, upon conclusion

17  of the settlement conference.

18          IT IS SO ORDERED.

19  Dated: 06/09/2021

20                                        SAUNDRA BROWN ARMSTRONG
                                          Senior United States District Judge
21
22
23
24
25
26
27
28